UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HELEN CHUNG and<br>EDWARD WONG,<br><br>　　　　Defendants. | CR No. 19CR00765-JAK<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii), (b)(1)(B)(vi):<br>Possession with Intent to<br>Distribute Controlled Substances;<br>18 U.S.C. § 922(g)(1): Felon in<br>Possession of Ammunition;<br>18 U.S.C. § 924(d)(1) and<br>28 U.S.C. § 2461(c): Criminal<br>Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT CHUNG]

On or about October 13, 2019, in Los Angeles County, within the Central District of California, defendant HELEN CHUNG knowingly and intentionally possessed with intent to distribute at least 500 grams, that is, approximately 10.326 kilograms, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)]

[DEFENDANT WONG]

On or about October 13, 2019, in Los Angeles County, within the Central District of California, defendant EDWARD WONG knowingly and intentionally possessed with intent to distribute at least 40 grams, that is, approximately 75.6 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT THREE

[18 U.S.C. § 922(g)(1)]

[DEFENDANT CHUNG]

On or about October 13, 2019, in Los Angeles County, within the Central District of California, defendant HELEN CHUNG knowingly possessed ammunition, namely, seven rounds of Remington .22 caliber ammunition and approximately 61 rounds of CCI .22 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant CHUNG possessed such ammunition knowing that she had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Taking of Vehicle Without Owner's Consent, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, case number BA232438, on or about July 26, 2002;

2. Possession of Chemicals with Intent to Manufacture PCP, in violation of California Health & Safety Code Section 11383(a), in the Superior Court of the State of California, County of Orange, case number 02NF0988, on or about September 9, 2002;

3. Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11377(a), in the Superior Court of the State of California, County of Los Angeles, case number GA057073, on or about June 10, 2004;

4. Possession of Methamphetamine for Sale, in violation of California Health & Safety Code Section 11378, in the Superior Court of the State of California, County of Los Angeles, case number GA060994, on or about April 8, 2005;

5. Petty Theft with a Prior, in violation of California Penal Code Section 666, in the Superior Court of the State of California, County of Los Angeles, case number BA297121, on or about February 7, 2006;

6. Possession of Methamphetamine for Sale, in violation of California Health & Safety Code Section 11378, in the Superior Court of the State of California, County of Los Angeles, case number BA3315473, on or about April 19, 2007;

7. Possession of Methamphetamine for Sale, in violation of California Health & Safety Code Section 11378, in the Superior Court of the State of California, County of Los Angeles, case number BA338699, on or about June 5, 2008;

8. Possession of Methamphetamine for Sale, in violation of California Health & Safety Code Section 11378, in the Superior Court of the State of California, County of Los Angeles, case number BA372964, on or about November 5, 2010;

9. Possession of Methamphetamine for Sale, in violation of California Health & Safety Code Section 11378, in the Superior Court of the State of California, County of Los Angeles, case number BA384761, on or about October 31, 2011; and

10. Offer to Sell a Controlled Substance, in violation of California Health & Safety Code Section 11379(a), in the Superior Court of the State of California, County of Los Angeles, case number BA408648, on or about November 13, 2013.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count Three of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following which were seized on October 13, 2019:

    1. seven rounds of Remington .22 caliber ammunition; and

    2. 61 rounds of CCI .22 caliber ammunition.

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

KEVIN B. REIDY
Assistant United States Attorney
General Crimes Section